IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>(1) $40,000 IN U.S. CURRENCY;<br>(2) $14,059 IN U.S. CURRENCY;<br>(3) $960 IN U.S. CURRENCY; AND<br>(4) $575 IN U.S. CURRENCY,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　／ | No. C 06-03422 WHA<br><br><br>**ORDER VACATING SEPTEMBER 7, 2006 CASE MANAGEMENT CONFERENCE** |

The September 7, 2006 case management conference is **VACATED**.

**IT IS SO ORDERED.**

Dated: August 21, 2006

　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE